IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CV-304-D

```
UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
      v.                            )
                                    )
ELLIS' PERSONAL PROPERTY,           )
SPECIFICALLY DESCRIBED AS:          )
A IBERIA MODEL JCP .40 CALIBER      )
PISTOL, BEARING SERIAL NUMBER       )
X799138, AND ELEVEN (11) ROUNDS     )
OF .40 CALIBER WINCHESTER-WESTERN   )
AMMUNITION; AND                     )
A GLOCK, MODEL 22, .40 CALIBER      )
PISTOL, BEARING SERIAL NUMBER       )
FDS268, AND TWENTY-THREE (23)       )
ROUNDS OF ASSORTED .40 CALIBER      )
AMMUNITION,                         )
                                    )
            Defendants.             )
```

## DEFAULT

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear,

1

plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 30th day of October, 2017.

_____
PETER A. MOORE, JR., Clerk
U. S. District Court
Eastern District of North Carolina